# Exhibit 2

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## SHIP INSPECTION REPORT

| 1. PORT REPORTING<br>HOUSTON, TX | 2. FLAG/NAME OF VESSEL  9638147(IMO #)<br>CIELO DI MONACO | 3. DOCK<br>579 - CARE SHIPPING C |
|---|---|---|
| 4. FROM *(Port and Country)*<br>1101 - PHILADELPHIA, PA | 5. VIA<br>COASTWISE | |
| 6. ARRIVAL DATE<br>11/24/2021 | 7. ARRIVAL TIME<br>ETA 1500   ACTUAL 1348 | 8. INSPECTION DATE<br>11/28/2021 | 9. INSPECTION TIME<br>FROM 1530   TO 1615 |
| 10. NUMBER PASSENGERS AND CREW CLEARED<br>0                0 | 11. NUMBER PIECES OF BAGGAGE<br>0 | 12. PROPOSED DEPARTURE DATE<br>11/28/2021 (1655) |

**PROHIBITED AND/OR RESTRICTED AGRICULTURAL MATERIALS**

| 13. COMMODITY | 14. LOCATION | 15. COUNTRY OF ORIGIN | 16. SAFEGUARD AND/OR DISPOSITION PRESCRIBED |
|---|---|---|---|
| | | | ALL PROVISIONS TO REMAIN ONBOARD FOR SHIP USE ONLY. |

SAFEGUARD NOTICE: While this vessel is in the territorial limits of the United States, no crew member or other person shall remove any of the following items except by specific permission of an Agricultural Officer: (1) fruits, vegetables, meats, or other animal products; (2) live plants; (3) live birds; (4) hay, straw, rice hulls, hold sweepings or dunnage; (5) garbage from food materials including rootcrop bags, meat wrappers, or other food containers. **GARBAGE MUST BE KEPT IN COVERED, LEAKPROOF CONTAINERS INSIDE THE VESSEL'S RAILINGS AT ALL TIMES.**

If any agricultural items are sealed, the seals are not to be broken or removed while this vessel is within territorial limits of the United States except under direct of a Customs and Border Protection - Agriculture Inspection Officer.

WARNING NOTICE: Violations of the above requirements can result in criminal fines in accordance with Title 18, United States Code and imprisonment for up to one year, or both, or civil penalties of up to $250,000 per violation.

17. *I fully understand the safeguards prescribed above.*

| SIGNATURE OF RESPONSIBLE SHIP'S OFFICER | TITLE<br>CAPTAIN | DATE<br>11/28/2021 |
|---|---|---|

| 18. CONDITION OF GARBAGE CONTAINERS WHEN INSPECTED | | | DEFICIENT CONDITION CORRECTED | 19. SHIP AREAS **NOT** INSPECTED | HOLDS INSPECTED *(identify)* | 20. LIVE ANIMALS/BIRDS ABOARD |
|---|---|---|---|---|---|---|
| COVERED | INSIDE RAILING | LEAKPROOF | | [X] QUARTERS | | [ ] YES  [X] NO |
| [X] YES  [ ] NO | [X] YES  [ ] NO | [X] YES  [ ] NO | [ ] YES  [ ] NO | [X] DRY STORES<br>[X] PANTRY | | TYPE: _____<br>NUMBER: _____ |

**APHIS MARPOL ANNEX V COMPLIANCE CHECKLIST**

THE FOLLOWING OBSERVATIONS WERE MADE BY CBP-AI PERSONNEL AFTER INSPECTING VESSEL'S WASTE HANDLING PROCEDURES AND EQUIPMENT:

21. [X] YES [ ] NO   THERE IS A FUNCTIONAL INCINERATOR OR OTHER DISPOSAL METHOD ABOARD.

22. [X] YES [ ] NO   THE RESPONSIBLE VESSEL REPRESENTATIVE WAS REQUESTED TO SHOW, AND DID PRODUCE A GARBAGE PICKUP RECEIPT OR OTHER EVIDENCE OF LAWFUL DISPOSAL OF PLASTICS ASHORE.   TITLE OF REPRESENTATIVE: CAPTAIN

**ALERT**: REPORT THE PRESENCE OF HONEY BEES *(swarms or individual bees)* TO THE NEAREST AGRICULTURAL OFFICER. TELEPHONE _____

25. REMARKS
TOTAL CREW: 20
INSPECTION REASONS: STORES/SEALING COMPLIANCE INSPECTION (WADS CODE  1006), GARBAGE COMPLIANCE INSPECTION (WADS CODE 1006), LIVE/DEAD ANIMAL ISSUES INSPECTION (WADS CODE  1005), DUNNAGE INSPECTION: PEST RISK MITIGATED  (WADS CODE 1009B)
GARBAGE MONITORING - NEGATIVE
DUNNAGE STATEMENT: WOOD PACKAGING MATERIAL/DUNNAGE MUST BE IN COMPLIANCE WITH ISPM 15 TREATMENT AND MARKING (IPPC LOGO) REQUIREMENTS PRIOR TO DISCHARGE OR REMAIN SAFEGUARDED ON VESSEL.

| 26. SUBSEQUENT PORTS OF CALL *(Notified)*<br>2002 - NEW ORLEANS, LA | NUMBER PASSENGERS<br>0 | 27. CBP OFFICER'S SIGNATURE<br>HOWARD ADAMS |
|---|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## SHIP INSPECTION REPORT

25. REMARKS – Continuation Sheet
DUNNAGE INSPECTION-PEST: A POSSIBLE QUARANTINE SIGNIFICANT INSECT WAS FOUND INSIDE DUNNAGE FROM THIS VESSEL. ALL DUNNAGE MUST REMAIN ON BOARD UNTIL FINAL USDA PPQ PEST ID/QUARANTINE ACTION HAS BEEN DETERMINED.
AGM CERTIFICATE NOT REQUIRED: AGM CERTIFICATE NOT REQUIRED FOR THIS INSPECTION
ADDITIONAL REMARKS
DUNNAGE INSPECTION ONLY.
ADDITIONAL RECIPIENTS
CDMONACO.MASTER@DAMICOFLEET.COM