United States District Court
Southern District of Texas
**ENTERED**
January 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., | § | |
| | § | |
| Plaintiff | § | C.A. NO. 4:22-cv-58 |
| | § | |
| v. | § | FED. R. CIV. P. 9(h) |
| | § | |
| LIGHTHOUSE NAVIGATION AS, | § | ADMIRALTY |
| | § | |
| Defendant. | § | |

### PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

TO: THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF TEXAS

**WHEREAS**, Plaintiff d'Amico Dry D.A.C. filed an Verified Original Complaint in the United States District Court for the Southern District of Texas on the 7th day of January, in a certain action to recover damages due and owing to Plaintiff amounting to approximately **USD$1,579,433.64**, and praying that a Writ of Attachment and Garnishment be issued against the Defendant pursuant to Rule B(1) of the Supplemental Rules for Admiralty and Maritime Claims, and

**WHEREAS**, the Court reviewed the Verified Complaint and Declarations and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW, THEREFORE**, we do hereby empower, strictly charge and command you, that if said Defendant cannot be found within the District, you attach Defendant's goods and chattels, or credits and effects, or other assets to the amount sued for, and in particular tangible and intangible property, including but not limited to fuel bunkers on board the M/V BONAS (IMO 9401972) ("the Vessel") and/or any, credits, freight, sub-freights, debts or other funds payable to the said Defendant in respect of booking notes, bills of lading, or other contracts of affreightment, contracts, or charter parties in the hand, custody or control of the Master of the Vessel, garnishee(s).

If tangible property is attached you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent. If intangible property is attached you shall execute this process by leaving with the named garnishee(s) or other obligor(s) a copy of the complaint and this process; or you may accept for payment into the registry of the court the amount owed to the extent of the amount claimed by the Plaintiff, as set forth herein, with interest and costs. To the extent the amount of bunkers onboard the Vessel is insufficient to secure the amount of $1,579,433.64, any additional bunkers, fuel, oil, or other property ordered by or for the account of the Defendant is subject to this attachment.

We do further empower, strictly charge and command you, that said Marshal, to notify Defendant as follows:

(1) A maritime attachment and garnishment has been filed pursuant to Rule B against the Defendant in this action;

(2) Defendant is required to file with the Clerk of the United States District Court for the Southern District of Texas, with copy to Plaintiff's attorneys, Richard A. Branca of Royston, Rayzor, Vickery & Williams L.L.P., 1600 Smith Street, Suite 5000, Houston, Texas 77002, within thirty (30) days of service of this Writ, an answer to Plaintiff's Verified Original Complaint.

**Witness**, the Honorable _____, Judge of the United States District Court for the Southern District of Texas, this __8th__ day of January 2022.

**United States District Clerk for the Southern District of Texas**

By: _____