UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| D'AMICO DRY d.a.c., | § § | |
| Plaintiff | § § | C.A. NO. 4:22-cv-58 |
| v. | § § | FED. R. CIV. P. 9(h) |
| LIGHTHOUSE NAVIGATION AS, | § § | ADMIRALTY |
| Defendant. | § § | |

### NOTICE OF DISMISSAL *WITH PREJUDICE*

Plaintiff d'Amico Dry d.a.c. hereby gives notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, d'Amico Dry d.a.c. voluntarily dismisses its claim against Lighthouse Navigation AS, *with prejudice*.

Respectfully submitted,

By: */s/ Richard A. Branca*
Richard A. Branca
Texas State Bar No. 24067177
Federal I.D. No. 828076
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
1600 Smith Street, Suite 5000
Houston, TX  77002
Tel:     713-890-3230
Fax:    713-225-9945
richard.branca@roystonlaw.com

65282:45845259

By: /s/ *Thomas L. Tisdale*
Thomas L. Tisdale
Timothy J. Nast
TISDALE & NAST LAW OFFICES, LLC
200 Park Avenue, Suite 1700
New York, NY  10166
Tel:     212-354-0025
Fax:    212-869-0067
ttisdale@tisdale-law.com
tnast@tisdale-law.com
Of Counsel
*pro hac vice* to be filed

**Attorneys for Plaintiff,**
**d'Amico Dry d.a.c.**